UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ANGEL GOMEZ-RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE ASHER, et al.,<br><br>Respondents. | NO. C13-196-RAJ<br><br>ORDER GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 1, respondents' return memorandum and motion to dismiss, Dkt. No. 10, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus, Dkt. No. 1, is GRANTED, and respondents' motion to dismiss, Dkt. No. 10, is DENIED.

(3) Respondents shall provide petitioner with an individualized bond hearing before an Immigration Judge pursuant to the general release terms of 8 U.S.C. § 1226(a), within (30) thirty days of the entry of this Order.

ORDER GRANTING PETITIONER'S
PETITION FOR WRIT OF HABEAS
CORPUS - 1

(4) The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 5th day of June, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PETITIONER'S
PETITION FOR WRIT OF HABEAS
CORPUS - 2